UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
VICTOR MARTINEZ,  :
:  08 Civ. 0172 (HB)
        Plaintiff,  :
:  ORDER
   -against-  :
:
UNITED STATES,  :
:
        Defendant.  :
------------------------------------------------------x

**Hon. Harold Baer, Jr., District Judge:**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-5-08

    WHEREAS on January 9, 2008, Plaintiff Victor Martinez filed a Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255; and

    WHEREAS Marc Peter Berger was the Assistant United States Attorney who represented the Government in the Plaintiff's original criminal case, No. 04-cr-0029 (HB); it is hereby

    ORDERED that Marc Peter Berger, or the Assistant United States Attorney who has succeeded Mr. Berger on this case, shall respond to the Plaintiff's Motion by April 7, 2008. The Assistant United States Attorney may obtain a copy of the Motion and any relevant materials from my Chambers.

**SO ORDERED.**

March 5, 2008
New York, New York

                                                          U.S.D.J.

1